UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL V. L. HAWTHORNE,<br>    Plaintiff,<br>  v.<br>KILOLO KIJAKAZI, et al.,<br>    Defendants. | Case No. 23-cv-03530-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Sallie Kim for consideration of whether the case is related to *Cheryl H. v. Berryhill*, 18-cv-1130-SK.

**IT IS SO ORDERED.**

Dated: July 24, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge