UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL V. L. HAWTHORNE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY,<br><br>        Defendant. | Case No. 23-cv-03530-SK<br><br>**ORDER ENTERING FINAL JUDGMENT AND REMANDING CASE** |

While an appeal in this case was pending before the Ninth Circuit Court of Appeals, the Commissioner of Social Security agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The Ninth Circuit instructed this Court to enter judgment and remand this case for further administrative proceedings. (Dkt. No. 23.)

Accordingly, this case is hereby REMANDED to the Social Security Administration for further proceedings. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED**.

Dated: January 22, 2025

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge